EDWARD WILSON ET AL., APPELLANTS, v. MAYOR, BOARD OF COMMISSIONERS AND CITY CLERK OF THE CITY OF OCEAN CITY, NEW JERSEY, RESPONDENTS.

Argued October 25, 1933—Decided January 5, 1934.

For appellants, *William Elmer Brown, Jr., Bourgeois & Coulomb, Robert K. Bell* and *Furman A. De Maris, Jr.*

For the respondents, *Andrew C. Boswell* and *Kenneth J. Dawes.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.